PROB 12C  
(7/93)

Report Date: October 30, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Geannie Rebecca Austin         Case Number: 2:12CR00089-JTR-1

Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Name of Sentencing Judicial Officer: The Honorable John T. Rodgers, U.S. Magistrate Judge

Date of Original Sentence: January 29, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Controlled Substance, 21 U.S.C. § 844(a) | | |
| Original Sentence: | Probation - 24 Months | Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Tyler Tornabene | Date Supervision Commenced: | January 29, 2013 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | January 28, 2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1-3 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 25, 2014, Ms. Austin provided a urine sample for the purposes of drug testing at the U.S. Probation Office that tested presumptively positive for the presence of methamphetamine. Ms. Austin denied knowingly using methamphetamine and the sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis. On August 7, 2014, Alere confirmed the urine sample collected on July 25, 2014, was positive for the presence of methamphetamine. Upon being confronted about the positive result, Ms. Austin denied knowingly ingesting methamphetamine. However, Ms. Austin reported she attended a party and ingested cake that contained methamphetamine. |
| | On September 26, 2014, Ms. Austin provided a urine sample for the purposes of drug testing at the U.S. Probation Office that tested presumptively positive for the presence of methamphetamine. Ms. Austin denied knowingly using methamphetamine and the sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis. On October 5, 2014, Alere confirmed the sample collected on September 26, 2014, was positive for the |

presence of methamphetamine. Upon being confronted about this positive result, Ms. Austin reported she was cleaning a person's house and drank coffee prepared by that person that was possibly laced with methamphetamine.

On October 23, 2014, Ms. Austin provided a urine sample for the purposes of drug testing at the U.S. Probation Office that tested presumptively positive for methamphetamine. Ms. Austin denied using methamphetamine and the sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis. On October 30, 2014, Alere confirmed the sample collected on October 23, 2014, was positive for the presence of methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 30, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

October 30, 2014

Date