PROB 12C  
(7/93)

Report Date: December 2, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Geannie Rebecca Austin | Case Number: 2:12CR00089-JTR-1 |
| Address of Offender: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Grand Coulee, Washington 99133 | |

Name of Sentencing Judicial Officer: The Honorable John T. Rodgers, U.S. Magistrate Judge

Date of Original Sentence: January 29, 2013

| | |
|---|---|
| Original Offense: | Possession of a Controlled Substance, 21 U.S.C. § 844(a) |
| Original Sentence: | Probation - 24 Months     Type of Supervision: Probation |
| Asst. U.S. Attorney: | Tyler Tornabene     Date Supervision Commenced: January 29, 2013 |
| Defense Attorney: | Amy Rubin     Date Supervision Expires: January 28, 2015 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 30, 2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 20, 2014, Ms. Austin provided a urine sample for the purposes of drug testing at the U.S. Probation Office that tested presumptively positive for the presence of methamphetamine. Ms. Austin denied using methamphetamine, and the sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis. On November 28, 2014, Alere confirmed the urine sample collected on November 20, 2014, was positive for the presence of methamphetamine. |

Prob12C
Re: Austin, Geannie Rebecca
December 2, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 2, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.   (Hearing 12/8/14)
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

December 2, 2014

Date